## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 404 - 1 | **DATE** | 5/21/2008 |
| **CASE TITLE** | USA vs. Phyllis Mendenhall | | |

**DOCKET ENTRY TEXT**

Enter order sealing complaint, affidavit supporting complaint and arrest warrant. Government's ex parte motion to seal criminal complaint, affidavit and arrest warrant is granted. It is hereby ordered that the complaint, affidavit in support of the complaint, arrest warrant and this motion shall be sealed until 11/21/2008, or until the time that the defendant is arrested, or until further order of this court.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|