UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 404 |
| v. | ) | Hon. Martin C. Ashman |
| | ) | |
| PHYLLIS MENDENHALL | ) | |

### ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/Christina Egan
CHRISTINA EGAN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4095

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

were served on June 3, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                By:     s/Christina Egan
                          CHRISTINA EGAN
                          Assistant United States Attorney
                          219 South Dearborn Street, Suite 500
                          Chicago, Illinois 60604
                          312-353-4095