# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 404 - 1 | **DATE** | 6/27/2008 |
| **CASE TITLE** | USA vs. Phyllis Mendenhall | | |

**DOCKET ENTRY TEXT**

It is hereby ordered that the special conditions requiring the defendant to "Report to Pretrial Services as directed" be removed as Pretrial Services supervision does not appear warranted in this case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|