IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08 CR 404 |
| | ) | |
| V | ) | Honorable Martin C. Ashman |
| | ) | |
| PHYLLIS MENDENHALL | ) | |

### DEFENDANT'S AGREED MOTION TO MODIFY CONDITIONS OF BOND

NOW COMES THE DEFENDANT, PHYLLIS MENDENHALL, by and through her attorney Kaaren M. Plant and moves this Honorable Court to modify her conditions of bond. In support she states as follows:

1. The defendant is charged with a violation of Title 18, U.S.C. Sections 666(a)(1) (B).

2. That one of the conditions of her bond is that the Defendant must remain within the boundaries of the Northern District of Illinois during the pendency of her case.

3. The defendant respectfully requests that this Court modify that condition of his bond so that she can travel to South Haven, Michigan for a short vacation the week of August 18, 2008.

5. Assistant United States Attorney Juliet Sorensen as well as the Pretrial Services Department have been notified of this request and do not object to this modification of her bond.

WHEREFORE, Defendant Phyllis Mendenhall respectfully move this Honorable Court to modify the conditions of her bond as requested above.

Respectfully submitted,

/s/   Kaaren M. Plant

CERTIFICATE OF SERVICE

      Kaaren M. Plant, hereby certifies that the following document:

MOTION TO MODIFY BOND

was served on August 7, 2008 to the following and in accordance with Fed. R. Civ. P. 5, LR5.5 and the General Order on Electronic Case Filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

AUSA Juliet Sorensen
219 S. Dearborn Street- 5th floor
Chicago, IL 60604

Kaaren M. Plant
53 W. Jackson Blvd.
Suite 703
Chicago, Illinois  60604
(312) 235-0360