UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08 CR 404 |
| | ) | |
| V | ) | Honorable Martin C. Ashman |
| | ) | |
| PHYLLIS MENDENHALL | ) | |

NOTICE OF MOTION

To:  Juliet Sorensen
     Assistant United States Attorney
     219 S. Dearborn  Fifth Floor
     Chicago, IL  60604

    PLEASE TAKE NOTICE that on August 12, 2008 at 10:30 a.m., I shall appear before the Honorable Martin C. Ashman in Courtroom 1386 of the Federal Courthouse at 219 S. Dearborn Street, Chicago, Illinois and present the attached Agreed Motion to Modify Bond, a copy of which has been served upon you.

                                               s/ Kaaren M. Plant

CERTIFICATE OF SERVICE

    I hereby certify that the Foregoing Notice of Motion to Modify Bond was served on August 7, 2008, in accordance with the Fed Crim P.49 and the General Order on Electronic Case Filing (EFC) pursuant to the District Court system as to ECF filers

                                               s/ Kaaren M. Plant

Kaaren M. Plant
53 W. Jackson Blvd.
Suite 703
Chicago, Illinois  60604
(312) 235-0360