## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 404 - 1 | **DATE** | 8/8/2008 |
| **CASE TITLE** | USA vs. Phyllis Mendenhall | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion to modify conditions of bond [22] is granted. Defendant's conditions of bond are modified to include that she can travel to South Haven, Michigan for a short vacation the week of August 18, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|